Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for: Plaintiff Station Casinos, Incorporated

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE BUCK, an Individual,<br><br>Defendant. | Case No. 2:06-CV-00120-JCM-PAL<br><br>**DEFAULT JUDGMENT** |

Plaintiff Station Casinos, Inc., having filed a Motion for Entry of Default Judgment against Defendant Bruce Buck pursuant to Rule 55 of the Federal Rules of Civil Procedure; the Defendant having failed to respond to, or answer, Plaintiff's Complaint previously served upon Defendant; the Clerk of the Court having entered Default against Defendant on April 17, 2006; this Court having now given due consideration to Plaintiff's Motion for such judgment as well as papers, pleadings, and exhibits offered in support thereof; and the Court being further fully advised in the matter and there having been no appearance made by Defendant, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff Station Casinos, Inc., and against Defendant Bruce Buck, on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and award of specific relief:

///

1.

DEFAULT JUDGMENT 87141.000637

a. Plaintiff Station Casinos, Inc. is the owner of certain STATION CASINOS trademarks and variations thereof used in relation to casino services as identified in the Complaint;

b. Plaintiff Station Casinos, Inc.'s STATION CASINOS marks are famous;

c. Defendant registered and used the Infringing Domain Name <thepalacestationcasino.com> with the bad faith intent to profit from its use of Plaintiff's marks;

d. Defendant provided Internet casino services at the "Try Blackjack" website, which offered links to online casinos and was accessible through Defendant's Infringing Domain Name at <thepalacestationcasino.com>.

e. Plaintiff and Defendant are competitors and the respective services offered by each are similar;

f. Defendant's use of the term STATION CASINO in connection with his services is likely to cause confusion as to the source and origin of Defendant's services;

g. Defendant's use of the term STATION CASINO in connection with his services has and is likely to continue to cause dilution of Plaintiff Station Casinos, Inc.'s STATION CASINO marks;

h. Should Defendant's use of the term STATION CASINO continue, Plaintiff will continue to suffer irreparable injury to its good will and reputation which was established through use of the STATION CASINOS marks and for which an award of damages would be inadequate.

i. Should Defendant's use of the term STATION CASINO continue, Plaintiff will continue to suffer irreparable injury as the STATION CASINOS marks will lose their capacity to identify its goods and services; i.e., they will be diluted, for which an award of damages would be inadequate;

j. Defendant acted willfully in his infringement and dilution of the STATION CASINO marks; and

2.

DEFAULT JUDGMENT 87141.000637

     k.    Defendant is liable for his infringement, dilution, unfair competition and cybersquatting.

THEREFORE, IT IS HEREBY ORDERED that the Defendant Bruce Buck, his respective officers, agents, servants, employees, and/or all persons acting in concert or participation with him, (1) from using Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites and in domain names); and (2) from registering, owning, leasing, selling or trafficking in any domain name containing Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

IT IS FURTHER ORDERED that the current registrar of the <thepalacestationcasino.com> domain name shall immediately unlock and permanently transfer the <thepalacestationcasino.com> domain name to Plaintiff;

IT IS FURTHER ORDERED that Defendant is permanently enjoined from accepting bets, for money or not, from persons located in the United States or domiciled within or outside of the borders of the United States, from any online casino or Internet gaming site using a web site or domain name with any variation or letter string containing the STATION CASINOS marks;

IT IS FURTHER ORDERED that Defendant pay Plaintiff $1,000 in nominal damages for corrective advertising;

IT IS FURTHER ORDERED that Defendant pay Plaintiff statutory damages of $100,000;

IT IS FURTHER ORDERED that Defendant pay Plaintiff's attorneys' fees and costs in the amount of $4,291.00;

IT IS FURTHER ORDERED that Plaintiff's cash deposit of One Hundred Dollars ($100.00) be released from the Registry Account of this Court and returned to Greenberg Traurig.

3.

DEFAULT JUDGMENT 87141.000637

IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this Court for the purpose of enforcement of this Judgment.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2006

Submitted by:

GREENBERG TRAURIG

*/s/ Laraine Burrell*

Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Counsel for Plaintiff Station Casinos, Incorporated

Greenberg Traurig
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

4.

DEFAULT JUDGMENT 87141.000637